IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| vs. ) | CR. NO. 2:05cr191-WHA |
| RANDALL ROGERS ) | |

**ORDER**

No objection having been filed to the Recommendation of the Magistrate Judge entered on January 30, 2006, the Recommendation is ADOPTED, and it is hereby

ORDERED that Defendant Randall Rogers' Motion to Sever (Doc. #47) is DENIED.

DONE this 15th day of February, 2006.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE